1  MARCUS LEE (NV Bar No. 15769)
   INKU NAM (NV Bar No. 12050)
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
4  Facsimile: 702.893.3789
   Marcus.Lee@lewisbrisbois.com
5  Inku.Nam@lewisbrisbois.com

6  *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MORRISON, TRACI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMITH POWER PRODUCTS, INC.,<br><br>　　　　Defendant. | Case No. 3:21-cv-00470-MMD-CLB<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION** |

Plaintiff TRACI MORRISON and Defendant SMITH POWER PRODUCTS, INC., by and through their respective attorneys of record, hereby stipulate and agree to vacate the Early Neutral Evaluation Session that is presently scheduled for March 8, 2022 at 9:00 a.m., before Magistrate Judge Robert A. McQuaid, Jr., (ECF No. 11).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4862-4415-3617.1

Good cause exists to grant the parties' stipulation who have engaged in meaningful settlement discussions. Pursuant to these discussions, the parties are nearing a settlement resolution and are exchanging documents accordingly, including a notice to dismiss the case with prejudice. This stipulation is being made in good faith, without the intention to delay or harass.

| | |
|---|---|
| Dated: March 1, 2022 | Date: March 1, 2022 |
| MARK MAUSERT LAW OFFICE | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Mark Mausert | /s/ Marcus Lee |
| MARK MAUSERT (NV Bar No. 2398) | MARCUS LEE (NV Bar No. 15769) |
| SEAN MCDOWELL (NV Bar No. 15962) | INKU NAM (NV Bar No. 12050) |
| 729 Evans Avenue | 6385 S. Rainbow Boulevard, Suite 600 |
| Reno, Nevada 89512 | Las Vegas, Nevada 89118 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

IT IS SO ORDERED.

DATED this 1st day of March, 2022

_____
UNITED STATES MAGISTRATE JUDGE



4862-4415-3617.1                                2