1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRACI MORRISON,

          Plaintiff,

vs.

SMITH POWER PRODUCTS,

          Defendants.

Case No.: 3:21-cv-00470-MMD-CLB

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

     Plaintiff, TRACI MORRISON, and Defendant, SMITH POWER PRODUCTS, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice. The case has been resolved.

//
//
//
//
//
//
//
//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated this 3rd day of May, 2022.
MARK MAUSERT LAW OFFICE

 /s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, NV 89512

*Attorneys for Plaintiff*

Dated this 3rd day of May, 2022.
LEWIS BRISBOIS

 /s/ Inku Nam
INKU NAM
MARCUS LEE
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: ___May 3_____, 2022.

_____
UNITED STATES DISTRICT JUDGE

2.